**DISMISSED and Opinion Filed April 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00243-CV

## IN RE MARION R. MOSLEY, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-57997-T**

## MEMORANDUM OPINION
Before Justices Bridges, Osborne, and Reichek
Opinion by Justice Osborne

In this original proceeding, Marion R. Mosley has filed an original application

for writ of habeas corpus challenging his continued confinement in county jail on a

pending charge for intoxication assault and alleging he has not been given a timely

parole revocation hearing by the Texas Board of Pardons and Paroles. We do not

have jurisdiction to consider an original application for writ of habeas corpus filed

in a criminal proceeding. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T

CODE ANN. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston

[14th Dist.] 2016, orig. proceeding) (per curiam).

Accordingly, we dismiss the original proceeding for want of jurisdiction.


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200243F.P05